IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILBURN WOOD and
BARBARA WOOD                                                                           PLAINTIFFS

v.                              CASE NO. 4:23-CV-01156-BSM

TRAVELERS PERSONAL
INSURANCE COMPANY                                                                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE